UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 117 (KPF) |
| EMEKA NNAWUBA, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to a scheduling conflict, the sentencing hearing, previously scheduled for **February 26, 2020, at 3:00 p.m.** is hereby ADJOURNED to **March 16, 2020, at 3:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: February 11, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge