Law Offices of
**Joshua Stevens, Esq.**
420 Lexington Avenue, Suite 2920
New York, NY 10170
Tel # (718) 640.5060

March 13, 2020

By ECF
Hon. Katherine Polk Failla
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007



**Request For Adjournment: United States v. Emeka Nnawuba, 18-cr-117-06**

Your Honor:

I represent Mr. Nnawuba in the above-referenced matter, which is currently scheduled for Sentencing on March 16, 2020 at 3:30pm. We are requesting an adjournment due to the heightened health concerns with air travel amidst the Coronavirus outbreak. Mr. Nnawuba resides in Arkansas and is scheduled to take two flights with his infant child and pregnant wife.

I have spoken with the Government this morning and they take no position regarding the requested adjournment.

Please advise if any additional information is required.

*Respectfully* submitted,

    -*s*-

Joshua Stevens, Esq.

cc: via ECF & email AUSA Robert Sobelman, Esq.

Application GRANTED. The sentencing hearing currently scheduled for March 16, 2020, is hereby ADJOURNED to April 29, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      March 13, 2020

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE