

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2020

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Emeka Nnawuba*, **S4 18 Cr. 117 (KPF)**

Dear Judge Failla:

    The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the sentencing presently scheduled for April 29, 2020, at 3:00 p.m., to a date and time convenient to the Court on or after June 1, 2020. The defendant prefers a date and time during the week of June 8, 2020.

                                        Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney for the
                                          Southern District of New York

                                 By: /s/ Robert B. Sobelman
                                          Juliana N. Murray
                                          Robert B. Sobelman
                                          Assistant United States Attorneys
                                          (212) 637-2314/2616

cc:    Joshua Stevens, Esq. (by ECF)

Application GRANTED. The sentencing hearing currently scheduled for April 29, 2020, is hereby ADJOURNED to June 17, 2020, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     March 31, 2020          SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE