Law Offices of
**Joshua Stevens, Esq.**
420 Lexington Avenue, Suite 2920
New York, NY 10170
Tel # (718) 640.5060

June 11, 2020

Hon. Katherine Polk Failla
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007



**<u>Request For Adjournment: United States v. Emeka Nnawuba, 18-cr-117-06</u>**

Your Honor:

I represent Mr. Nnawuba in the above-referenced matter, which is currently scheduled for Sentencing on June 17, 2020 at 2:30pm. We are requesting an adjournment as Mr. Nnawuba would like to address Your Honor in person. Furthermore, Mr. Nnawuba would ask that his immediate family be live and present in the courtroom when he is sentenced.

Please advise if any additional information is required.


*Respectfully* submitted,

-s-

Joshua Stevens, Esq.



cc: via ECF & email AUSA Robert Sobelman, Esq.

Application GRANTED.  The sentencing hearing currently scheduled for June 17, 2020, is hereby ADJOURNED to September 29, 2020, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     June 11, 2020
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE