**MEMO ENDORSED**

Law Offices of
**Joshua Stevens, Esq.**
420 Lexington Avenue, Suite 2920
New York, NY 10170
Tel # (718) 640.5060

September 15, 2020

Hon. Katherine Polk Failla
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**Request For Adjournment: United States v. Emeka Nnawuba, 18-cr-117-06**

Your Honor:

I represent Mr. Nnawuba in the above-referenced matter, which is currently scheduled for Sentencing on September 29, 2020 at 3:30pm. We are requesting an adjournment as Mr. Nnawuba and his family will be traveling from Arkansas, a state where those who are travelling to New York State are required to quarantine for two weeks. At this time, Mr. Nnawuba is unable to make arrangements for he and his family to quarantine for two weeks.

Mr. Nnawuba also consents to waiving all applicable time under The Speedy Trial Act. Please advise if any additional information is required.

*Respectfully* submitted,

-s-

Joshua Stevens, Esq.

cc: via ECF & email AUSA Robert Sobelman, Esq.

Application GRANTED.  The sentencing scheduled for September 29, 2020, is hereby ADJOURNED to November 16, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Court's supplemental request for Speedy Trial Act information was issued in error and is withdrawn.

Dated:     September 15, 2020          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE