Law Offices of
**Joshua Stevens, Esq.**
45 Broadway, Suite 2701
New York, NY 10006
Tel # (718) 640.5060



November 4, 2020

Hon. Katherine Polk Failla
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**Request For Adjournment: United States v. Emeka Nnawuba, 18-cr-117-06**

Your Honor:

I represent Mr. Nnawuba in the above-referenced matter, which is currently scheduled for sentencing on November 16, 2020 at 3:00pm. Mr. Nnawuba is currently out at liberty on bond and has been fully compliant with all requirements set forth by pretrial services.

We are requesting an adjournment of 90 days for the following reasons. First, although Mr. Nnawuba greatly prefers to address the Court in person at the time of his sentencing at an in-person hearing, due to the current ongoing pandemic this would be a great health hazard, not only to Mr. Nnawuba and his family, but also to the Court, its personnel, and the parties. Second, and equally important, Mr. Nnawuba and his family, which includes his wife, and two young children, would be traveling from Arkansas, a state where those who are travelling to New York are required to quarantine for 14 days[1]. To quarantine for 14 days will require Mr. Nnawuba and his family to stay in a hotel and will cause an extreme financial hardship.

Accordingly, due to the health risks not only to the Defendant, but also to the Government, Court personnel and the undersigned, we are asking the Court to adjourn the matter for 90 days. Mr. Nnawuba also consents to waiving all applicable time under the Speedy Trial Act.

*Respectfully* submitted,

-s-

Joshua Stevens, Esq.

---

[1] https://www.governor.ny.gov/news/governor-cuomo-announces-three-states-added-travel-advisory

cc: via ECF & email AUSA Robert Sobelman, Esq

Application GRANTED. The sentencing scheduled for November 16, 2020, is hereby ADJOURNED to February 18, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:   November 5, 2020        SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE