Law Offices of
**Joshua Stevens, Esq.**
45 Broadway, Suite 2701
New York, NY 10006
Tel # (718) 640.5060

April 26, 2021



Hon. Katherine Polk Failla
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

**United States v. Emeka Nnawuba, 18-cr-117-06**
**Request For Adjournment of Sentencing Hearing**

Your Honor:

I represent Mr. Nnawuba in the above-referenced matter, which is currently scheduled for sentencing on May 4, 2021 at 3:00pm. Mr. Nnawuba is currently at liberty on bond and has been fully compliant with all requirements set forth by pretrial services.

We are requesting an adjournment for the following reasons: Mr. Nnawuba greatly prefers to address the court in person at the time of his sentencing at an in-person hearing, however, due to the current ongoing health pandemic this would be a great health hazard not only to Mr. Nnawuba and his family as Mr. Nnawuba will be traveling with his wife and their two infant children but also to the Court, its personnel, and the parties. Mr. Nnawuba and his family would be traveling from Arkansas to New York State. Upon arrival in New York Mr. Nnawuba and his family will be required to quarantine for 14 days at his expense. Because Mr. Nnawuba has no family in New York, he by necessity will have to stay in a hotel during his 14 day quarantine, at his own cost, which will cause an extreme financial hardship for Mr. Nnawuba.

Due to health concerns and personal beliefs, Mr. Nnawuba and his family have yet to receive the Covid-19 vaccine. It is noteworthy that currently, while Covid numbers appear to be subsiding in the Southern District of New York, they are increasing in Arkansas where Mr. Nnawuba resides.[1]

Accordingly, due to the health risks not only to Mr. Nnawuba and his family, but also to the Government, Court personnel and the undersigned, we are asking the Court to adjourn the sentencing hearing to a date in July. We are hopeful by then more people will

---

[1] https://www.fayettevilleflyer.com/2021/04/21/case-update-arkansas-covid-19-cases-increase-by-352-wednesday/

be fully vaccinated and the Covid positivity rate throughout the country will have subsided.

We have contacted the government regarding this issue however they do not consent to our request for the adjournment. Mr. Nnawuba has no objection to waiving all applicable time under the Speedy Trial Act.

*Respectfully* submitted,

-s-

Joshua Stevens, Esq.

cc: via ECF & email AUSA Robert Sobelman, Esq.

---

Application GRANTED, with the understanding that no further adjournments will be forthcoming.  The sentencing scheduled for May 4, 2021, is hereby ADJOURNED to July 8, 2021, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Mr. Nnawuba is reminded that he must plan to ensure compliance with protocols for accessing the courthouse in light of the ongoing COVID-19 pandemic, including arranging for a mandatory 14-day quarantine upon arrival in New York from Arkansas if such a requirement is applicable.

Dated:    April 26, 2021         SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE