UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 117 (KPF) |
| EMEKA NNAWUBA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Sentencing in this case will take place on July 8, 2021, at 3:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. (Dkt. #263). The Court is in receipt of the parties' sentencing submissions, submitted to the Court in March 2020. (*See* Dkt. #223-226). Given the time that has elapsed since then, the Court invites the parties to update their sentencing submissions as appropriate orally at the July 8, 2021 sentencing. Additionally, the Court requests that the Government be prepared to provide further information concerning the allegations contained in the second full paragraph on the second page of its sentencing submission. (Dkt. #226 at 2).

SO ORDERED.

Dated: June 30, 2021
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge