UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 117 (KPF) |
| EMEKA NNAWUBA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On January 7, 2022, Defendant Emeka Nnawuba filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. #290). The Court understands that Mr. Nnawuba is uncounseled for purposes of this motion. (*See* Dkt. #287). Accordingly, the Government is directed to file an opposition to Mr. Nnawuba's motion for compassionate release on or before February 11, 2022.

The Clerk of Court is directed to mail a copy of this Order to Defendant at the following address:

Emeka Nnawuba
USM#: 15297-010
FCI Memphis
Federal Correctional Institution
P.O, Box 34550
Memphis, TN 38184

SO ORDERED.

Dated: January 11, 2022
New York, New York

KATHERINE POLK FAILLA
United States District Judge