PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of New York ▼

UNITED STATES OF AMERICA

v.

Emeka Nnawuba

Crim. No. __18-CR-117-006 (KPF)__

On _____09/22/2023_____ the above named was placed on probation/supervised release for a period of

__3__ years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised

release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be

discharged from supervision.

Respectfully submitted,

Shawnté Lorick

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this ____4th____ day of __March__ , __2026__ .

*United States District Judge*